Kevin R. Lussier (State Bar No. 143821)
BERRY & PERKINS
A Professional Corporation
2049 Century Park East, Suite 950
Los Angeles, California  90067-3134
Telephone:  (310) 557-8989
Facsimile:   (310) 788-0080
E-mail: klussier@berryperkins.com

Attorney for Plaintiff
LIFTED RESEARCH GROUP, INC., a California Corporation

JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE WANG d/b/a VOSS FASHIONS and DOES 1-10,<br><br>Defendants. | Case No. SACV07-1353-AHS(RNBx)<br><br>**CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff, Lifted Research Group, Inc. ("LRG") and Defendant Wayne Wang d/b/a Voss Fashions ("Wang"), consent to the following:

**WHEREAS**, LRG alleges Wang used marks in the United States which allegedly infringed LRG's registered trademarks L R G, 🜂 and 🌲 (collectively the "LRG Marks"), and the work protected by LRG's United States Copyright Registration No. VA-1-348-151 (the "LRG Copyright");

**WHEREAS**, Wang's alleged use of names and marks which incorporate one or more of the LRG Marks and/or the work protected by the LRG Copyright is likely to cause confusion as to source or origin; and

**WHEREAS**, based upon LRG's good faith prior use of the LRG Marks and the work protected by the LRG Copyright, LRG has superior and exclusive rights in

- 1 -   SACV07-1353-AHS(RNBx)
**CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION**

1  and to the LRG Marks and the LRG Copyright in the United States and any
2  confusingly similar names or marks, and without an admission of liability by Wang.
3  **IT IS ORDERED, ADJUDGED AND DECREED** as follows:
4  1.  Wang, his agents, representatives, servants, employees, and all those
5  acting in concert or participation therewith are hereby permanently enjoined, from
6  manufacturing or causing to be manufactured, importing, advertising or promoting,
7  distributing, selling or offering to sell counterfeit goods bearing the LRG Marks
8  and/or the work protected by the LRG Copyright; from infringing, counterfeiting,
9  or diluting the LRG Marks and/or the work protected by the LRG Copyright; from
10 using the LRG Marks and/or the work protected by the LRG Copyright, or any
11 marks or works similar thereto, in connection with the sale of any unauthorized
12 goods; from using any logo, trade name or trademark which may be calculated to
13 falsely advertise the services or products of LRG as being sponsored by, authorized
14 by, endorsed by, or in any way associated with LRG; from falsely representing
15 themselves as being connected with LRG, through sponsorship or association, or
16 engaging in any act which is likely to falsely cause members of the trade and/or of
17 the purchasing public to believe any goods or services of Wang are in any way
18 endorsed by, approved by, and/or associated with LRG, from using any
19 reproduction, counterfeit, copy, or colorable imitation of the LRG Marks and/or the
20 work protected by the LRG Copyright in connection with the publicity, promotion,
21 sale, or advertising of any goods sold by Wang, including, without limitation, the
22 goods identified in the Complaint; from affixing, applying, annexing or using in
23 connection with the sale of any goods, a false description or representation,
24 including words or other symbols tending to falsely describe or represent Wang's
25 goods as being those of LRG, or in any way endorsed by LRG and from offering
26 such goods in commerce; and from otherwise unfairly competing with LRG.

2.  Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other

- 2 -   SACV07-1353-AHS(RNBx)
**CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION**

relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

3. The causes of action between LRG and Wang are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.

4. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

5. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties.

6. All counterfeit LRG products currently in the possession, custody and/or control of Wang shall be surrendered to LRG through its counsel, if any, and destroyed under the direction of LRG.

**IT IS SO ORDERED.**

Dated: April 27, 2009.

ALICEMARIE H. STOTLER
HON. ALICEMARIE H. STOTLER
U. S. DISTRICT JUDGE
